# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

ROBERT SCHAEFER )
    Plaintiff(s) )
    v. ) Case No. 10 C 6366
WALKER BROS. ENTERPRISES, INC., et al. )
    Defendant(s) )

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ _____ ,

    which ☐ includes pre-judgment interest.
    ☐ does not include pre-judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑ other: summary judgment is entered in favor of defendants and against the plaintiff.

---

This action was (check one):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☑ decided by Judge Charles Norgle a motion for summary judgment.

Date: 12/17/2014

Thomas G. Bruton, Clerk of Court

/s/ _____, Deputy Clerk